UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TCYK, LLC,

    Plaintiff,

v.                          Case No: 5:13-cv-425-Oc-30PRL

RICHARD FIGUEROA,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Voluntary Stipulated Notice of Dismissal With Prejudice (Dkt. #15). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of September, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-425 Ocala dismiss 15.docx